AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL DESHAUN WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 622-048

FREDRICK CARVER, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 9, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion and Plaintiff's objections are overruled; therefore, Plaintiff is denied leave to file the second amended complaint and this case is dismissed without prejudice. This case stands closed.



08/09/2022      John E. Triplett, Clerk of Court
Date      Clerk

*Jamie Sabalza* (signature)
(By) Deputy Clerk

GAS Rev 10/2020